FILED
CLERK, U.S. DISTRICT COURT

DEC - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN TEVES DOSTER, | NO. ED CV 10-707-VBF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| K. HARRINGTON, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____Dec 1_____, 2010.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE